UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: EDWARD JERROD KING  
6294 US HWY 80 W  
HAYNEVILLE, AL 36040

CASE NO: 08-32647-DHW  
Chapter 13

Soc. Sec. No. XXX-XX-6550  
Debtor.

## INCOME WITHHOLDING ORDER

TO: UPS  
P O BOX 7247 0244  
PHILADELPHIA, PA 19170-7878

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that UPS withhold from the wages, earnings, or other income of this debtor the sum of $42.00 WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
08-32647-DHW EDWARD JERROD KING  
P O BOX 830529  
BIRMINGHAM AL 35283

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, December 19, 2008 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge