IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| IN RE THE MATTER OF: | ) | |
|---|---|---|
| | ) | CHAPTER 13 08-32647 |
| **Edward King** | ) | |
| | ) | |
| Debtors. | ) | |

**Motion to Reconsider Order of Dismissal**

Comes now the Debtor and moves this Court to reconsider the order of dismissal in this case and for grounds would state as follows:

1. On the 19th day of April, 2010, this Court entered an order dismissing the Debtors chapter 13 case for the failure to make payments and upon the Trustees Conditional Order of Dismissal and the Debtors failure to file a response.

2. On the 12th day of April, 2010 the debtor forwarded to the trustee the sum of $550.00 in an effort to come current on his chapter 13 payments; however his attorney was not aware of the debtor's actions, in order to file an objection to the dismissal.

3. At the same time as the forwarding of the payments the Debtor's employer had commenced deductions of chapter 13 payments from the Debtor's pay, pursuant to a working wage order.

4. The Debtor is working at UPS and the wage order is functioning.

5. No one will be prejudiced by the Court reopening the Debtor's Chapter 13 case and allowing him to remain in Chapter 13.

Wherefore, the premises considered, the Debtor request this Court to allow the debtor to remain in Chapter 13 and/or to allow

the Debtor to reopen his chapter 13 case for the purposes of allowing him to complete his plan, with an appropriate increase in his payments..

                                              **/s/ Richard D. Shinbaum**
                                              Richard Shinbaum, SHI007
                                              Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C..
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above styled motion was this day served upon the following, by placing the same in the United States Mail, properly addressed and postage prepaid, and/or electronics transmission this the <u>28th day of April, 2010.</u>

Curtis C. Reding, Trustee
P.O. Box 173
Montgomery, Alabama 36101-0173
                                               /s/ Richard D. Shinbaum
                                              Richard D. Shinbaum
                                              Attorney for the Debtor